**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bibi S. Conway fka Bibi S. Azeez              CHAPTER 7
                           Debtor(s)

                                                     BKY. NO. 20-14892 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Rebecca Solarz
                                        Rebecca Solarz
                                        13 Jan 2021, 14:39:32, EST

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322