Certificate Number: 12433-PAE-DE-035312536

Bankruptcy Case Number: 20-14892



12433-PAE-DE-035312536

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 28, 2021, at 2:11 o'clock PM EST, Bibi Shabaan Conway completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 28, 2021          By:    /s/Lance Brechbill

                                Name:  Lance Brechbill

                                Title: Teacher