## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Bibi S. Conway fka Bibi S. Azeez | | CHAPTER 7 |
| Debtor(s) | | |
| AmeriHome Mortgage Company, LLC | Movant | NO. 20-14892 ELF |
| vs. | | |
| Bibi S. Conway fka Bibi S. Azeez | Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq. | Trustee | |

### ORDER

AND NOW, this 28th day of April, 2021, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and that the automatic stay under 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 (as applicable) of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 2935 Normandy Drive, Philadelphia, PA, 19154 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**